No. 92–551. CISNEROS, SECRETARY OF HOUSING AND URBAN DEVELOPMENT, ET AL. *v.* ALPINE RIDGE GROUP ET AL. C. A.

9th Cir. [Certiorari granted *sub nom. Kemp* v. *Alpine Ridge Group*, 506 U. S. 984.] Motion of American Federation of Labor and Congress of Industrial Organizations for leave to file a brief as *amicus curiae* granted.